IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLOTTE A. SAXON,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV# 06-890-HA

ORDER GRANTING
STIPULATED EAJA FEES,
COSTS AND EXPENSES

    Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3219.14 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $6.20 in costs and $31.99 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

    DATED this 13 day of Sept , 2007.

                                                          United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff